# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00524-CV

### Texas Parks and Wildlife Department, Appellant

### v.

### Telecom Park, L.P., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-06-001844, HONORABLE WILLIAM E. BENDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion asking this Court to abate the appeal to allow them time to finalize a settlement agreement. We grant the motion and abate the appeal until July 2, 2007. If the settlement has been finalized by that date, the parties are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized their settlement by that date, they are instructed to file a report informing this Court as to the status of the appeal and requesting an extension of the abatement.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Abated

Filed:   January 26, 2007